UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA,
STATES OF FLORIDA, GEORGIA,
ILLINOIS, MARYLAND, MINNESOTA,
NORTH CAROLINA, AND TEXAS,
AND THE COMMONWEALTHS OF
MASSACHUSETTS AND VIRGINIA,

      Plaintiffs,

*ex rel.*
ANTHONY QUE,

      Relator,

v.        No. 8:15-cv-2120-T-36-TGW

        EX PARTE
        UNDER SEAL
        [31 U.S.C. § 3730(b)(2)]

CVS HEALTH,

      Defendant.
_____/

## ORDER

This cause comes before the Court on the United States' *Notice of Declination and Consent to Voluntary Dismissal.*

Relator previously filed his *Notice of Voluntary Dismissal*, wherein he seeks to dismiss this action without prejudice to the rights of the United States or the co-Plaintiff States.

The co-Plaintiff states of California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Maryland, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont and Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia have filed their *Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice.*

By the subject *Notice*, the Plaintiff United States gives notice of its decision to decline to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).

In their filings, the United States and the co-Plaintiff States consent in writing (where required) to Relator's voluntary dismissal of this action, so long as that dismissal is without prejudice to their respective rights.

Upon consideration thereof, it is hereby **ORDERED**:

1. The following shall be unsealed:

    a. the Relator's Complaint;

    b. the Relator's Amended Complaint;

    c. the Relator's *Notice of Voluntary Dismissal*;

    d. the United States' *Notice of Declination and Consent to Voluntary Dismissal*;

    e. the States' *Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice*;

    f. any Order entered on the States' *Notice*; and

    g. this Order.

2. All other contents of the Court's file in this action shall remain under seal and not be made public.

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

4. The Clerk is directed to close this case and terminate any pending motions.

5. Should any party hereafter file any pleading, motion, or other document in this action, it shall serve a copy of same on the United States and the co-Plaintiff States.

6. All orders of this Court shall be sent to the United States and the co-Plaintiff States.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 13th day of December, 2016.

**CHARLENE EDWARDS HONEYWELL**
**UNITED STATES DISTRICT JUDGE**

Copies to:

| | |
|---|---|
| Rebecca H. Sirkle<br>Rebecca.Sirkle@myfloridalegal.com<br>Attorney General of Florida<br>135 W. Central Blvd., Suite 1000<br>Orlando, Florida 32801<br>*Counsel for State of Florida and NAMFCU Intake Team Member* | Katie M. Wilson<br>wilsonkm@doj.state.wi.us<br>Wisconsin Department of Justice<br>17 W. Main Street<br>Madison, WI 53707-7857<br>*Counsel for State of Wisconsin and NAMFCU Intake Team Member* |
| Kemp Kristin<br>Kristen.Kemp@atg.in.gov<br>Office of Attorney General of Indiana<br>302 W Washington St., 5th Flr<br>Indianapolis, IN 46204<br>*Counsel for State of Indiana and NAMFCU Intake Team Member* | Kevin J. Darken<br>kdarken@tampalawfirm.com<br>BARRY A. COHEN LEGAL TEAM<br>201 East Kennedy Blvd., Suite 1950<br>Tampa, Florida 33602<br>*Counsel for Relator* |